YELLOW CAB COMPANY, Defendant-
Appellant,

v.

PEARL BROWN, Plaintiff-Appellee.

No. 12019.

United States Court of Appeals
Sixth Circuit.

Oct. 20, 1954.

Halle, Haber, Berick & McNulty,
Cleveland, Ohio, for appellant.

Harrison, Spangenberg & Hull, Cleve-
land, Ohio, for appellee.

Before MARTIN, McALLISTER, and
STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard
on the record, the briefs of the parties,
and the arguments of counsel in open
court, and it appearing that the con-
trolling issues were factual, properly de-
terminable by the jury; that its verdict
was sustained by substantial evidence;
that there was no reversible error in the
charge of the district court, or in its or-
der overruling appellant's motion for a
new trial, and the court being duly ad-
vised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.